# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURICE STOKES,** | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 3:14-0732 |
| **JOHN WETZEL, et al.,** | : (Judge Mannion) |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The complaint is **DISMISSED,** as frivolous, pursuant to 28 U.S.C. §1915(e)(2)(B)(I).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: April 30, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0732-01-ORDER.wpd